# DECISIONS IN CASES NOT REPORTED.

## FOURTH DEPARTMEMT, JANUARY TERM, 1887.

Oscar Jennings, as Commissioner of Highways of the Town of Danby, Appellant, v. Frederick E. Bates, Respondent.—Judgment and order affirmed, with costs. Opinion by Follett, J.

Eliza Cruger, Appellant, v. Richard Wigham, Respondent.—Order of Special Term in this and five other cases affirmed, with ten dollars costs and disbursements in one case. Opinion by Boardman, J.

William H. Dannatt and another, Respondents, v. Norman J. Fuller, Appellant.—Judgment affirmed, with costs. Opinion by Boardman, J.; dissenting opinion by Follett, J.

Frederick E. Welton, Appellant, v. William E Holmes, Respondent. — Judgment affirmed, with costs. Opinion by Follett, J.

William Crabtree, Respondent v. Richard W. Pritchard, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Michael A. MacOwen, Appellant, v. Moses Barney and others, Respondents.—Judgment affirmed, with costs. Opinion by Boardman, J.

Abel C. Benedict and others, Appellants, v. The Seventh Ward Railway Company of Syracuse, Respondent.—Order affirmed, with ten dollars costs and disbursements. Opinion by Follett, J.

Ellis R. Williams, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.—Judgment and order affirmed, with costs, upon the opinion of Mr. Justice Martin. (39 Hun, 430.) Mem. by Boardman, J.; Follett, J., not sitting.

In the Matter of the Accounting of Stephen S. Otis, as General Guardian of Huldah A. Hall, now Carrie Rohr.— Appeal dismissed, with costs, Mem. by Boardman, J.

John Wolf, Appellant, v. The Oswego and Onondaga Insurance Company, Respondent — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Sylvanus Hoag, Appellant, v. William C. Wilcox, Respondent.—Judgment of the Oneida County Court, reversing a justice's judgment, reversed, and judgment of the Justices' Court affirmed, with costs. Opinion by Boardman, J.

Louis Weiler, Respondent, v. John A. Isley, Appellant.—Judgment and order affirmed, with costs. Opinion by Hardin, P. J.; dissenting opinion by Follett, J.

Joseph B. Dalrymple, Appellant. v. The City of Oswego, Respondent. — Judgment affirmed, with costs. Opinion by Hardin, P. J.; mem. by Follett, J.

The Village of Carthage, Respondent, v. Carlos L. Frederick, Appellant.— Judgment of the County Court of Jefferson county, affirming the judgment of the police justice, affirmed, with costs, upon the opinion of Judge Watts, delivered in the County Court.

Arthur Horr, Respondent, v. The Rome, Watertown and Ogdensburgh Railroad Company, Appellant.—Judgment and order affirmed, with costs. Opinion by Follett, J.

Martin Lally, Respondent, v. The President, etc., of the Delaware and Hudson Canal Company, Appellant.—Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Herman A. Carmer, as Receiver, etc., Respondent, v. William J. Mantanye and others, Appellants. — Interlocutory judgment affirmed, with costs, on opinion of Merwin J., delivered at Special Term; leave given to defendants to withdraw their demurrers and answer within twenty days, upon payment of costs of their demurrers and of this appeal.

Mary E. Locklin, Respondent, v. Clinton Beckwith and another, Appellants. — Judgment affirmed, with costs. Opinion by Follett, J.

John N. Holmes and another, Respondents, v. Charles Dix, Appellant.—Order affirmed, with ten dollars costs and disbursements.

B. Whitman Williams, as Executor, etc., Respondent, v. Charles F. Green, Appellant.— Order affirmed, with ten dollars costs and disbursements,

Benjamin L. Higgins and another, Respondents, v. Frank G. Burdick, Appellant.—Order affirmed, with ten dollars costs and disbursements.

Edwin M. Harris and another v. George Clark, Impleaded, etc.—Order affirmed, with ten dollars costs and disbursements in one case. Hardin, P. J., not sitting.

Thomas N. Williams, Appellant, v. Caroline Hart Merriam, Respondent. —Judgment affirmed, with costs.

Giles Everson and others, Respondents, v. The Syracuse Iron Works and others, Appellants.— Order modified, without costs to either party.

Oscar T. Hall, Respondent, v. John R. Stannard and another, Appellants.—Judgment and order affirmed, with costs.

Joseph E. West, Administrator, etc., v. George A. Reynolds and others.—Motion for leave to appeal to the Court of Appeals denied.

Jacob Kent, Respondent, v. Jacob Crouse, Appellant.—Motion for leave to go to the Court of Appeals denied.

## FIFTH DEPARTMENT, JANUARY TERM, 1887.

Emma S. Gordon, Respondent, v. George W. Barney and others, Executors, etc., Appellants. — Judgment reversed and new trial granted before another referee, costs to abide the event. ·Opinion by Barker, J.

Eugene B. Palmer, as Administrator, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial ordered, costs to abide event. ·Opinion by Haight, J.; Smith, P. J., taking no part.

John M. Harding and others, Respondents, v Delevan Stevens and others, Appellants. — Order affirmed, with ten dollars costs and dis-

bursements. Bradley and Childs, JJ., not sitting.

Westel W. Blake, Appellant, v. Hardin P. Herrick, Respondent. — Judgment and order affirmed. Opinion by Angle J.; Haight J., not sitting.

Holmes, Booth & Hayden, Respondents, v. James Rogers, Appellant. — Judgment affirmed. Opinion by Smith. P. J.

Benjamin Grimes, Respondent, v. The Rome, Watertown and Ogdensburgh Railroad Company, Appellant. — Judgment and order affirmed.

Adelaide L. Harrington and others, Respondents,